**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN BLACK, | ) NO. CV 12-10875-PSG(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| AMY MILLER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 6, 2013.

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE